

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00381-CV

LINDA MARTIN DAVIS                                                       APPELLANT

V.

THE HILLS APARTMENTS                                                      APPELLEE

-----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2014-005529-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On December 4, 2014, we notified appellant in accordance with rule of appellate procedure 42.3(c) that if she did not pay the $195 filing fee for her appeal by December 15, 2014, her appeal would be subject to dismissal. *See* Tex. R. App. P. 42.3(c). After the trial court sustained a contest to appellant's affidavit of indigence, we notified appellant on December 17, 2014, and on

---

[1]*See* Tex. R. App. P. 47.4.

December 30, 2014, that her appeal would be dismissed unless she paid the $195 filing fee. *See id.* Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  SUDDERTH, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  January 22, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).